ELLIOT ENOKI
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRYAN AHU,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR. NO.   CR01 00433  DAE<br><br><br>INDICTMENT<br>[21 U.S.C. § 841(a)(1)<br>  18 U.S.C. § 922(g)(1)<br>  18 U.S.C. § 924(c)(1)(A)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about September 25, 2001, in the District of Hawaii, BRYAN AHU, the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 2

The Grand Jury further charges:

On or about October 8, 2001, in the District of Hawaii, BRYAN AHU, the defendant, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce the following firearms, one sawed-off .12 gauge shotgun of unknown make and model, Serial Number 14655, and one Sturm-Ruger Mini 14 .223 caliber handgun, Serial Number 181-16559.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

The Grand Jury further charges:

On or about October 9, 2001, in the District of Hawaii, BRYAN AHU, the defendant, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce the following firearms, one Universal Enforcer Pistol, Serial Number 158723, one American Derringer M-1, Serial Number 110841 and one Sterling Arms .22 caliber handgun, Serial Number A89900.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//
//
//

COUNT 4

The Grand Jury further charges:

On or about October 16, 2001, in the District of Hawaii, BRYAN AHU, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

COUNT 5

The Grand Jury further charges:

On or about October 16, 2001, in the District of Hawaii, BRYAN AHU, the defendant, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, to wit: one Glock semi-automatic 40mm pistol, Serial Number BYR762US.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//
//
//
//
//
//

3

COUNT 6

The Grand Jury further charges:

On or about October 16, 2001, in the District of Hawaii, BRYAN AHU, the defendant, during and in relation to a drug trafficking crime, to-wit, the possession with intent to distribute methamphetamine alleged in Count 4 of this Indictment, did carry a firearm, to wit: one Glock semi-automatic .40mm pistol, Serial Number BYR762US.

All in violation of Title 18, United States Code Sections 924(c)(1)(A).

DATED: October 25, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

*(signed) Ken Sorenson for*
ELLIOT ENOKI
United States Attorney
District of Hawaii


*(signed)*
KENNETH M. SORENSON
Assistant U.S. Attorney